

**Jay Shapiro**

One Penn Plaza | 250 W. 34th Street, Suite 4110 | New York, NY  10119-4115
Direct 212.714.3063 | Fax 212.631.1240
shapiroj@whiteandwilliams.com | whiteandwilliams.com

July 17, 2012

VIA ELECTRONIC CASE FILING

Hon. Joan M. Azrack
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York  11201

RE:  *State Farm v. Tabakman, et al., 06 CV 2896 (SLT)(JMA) (E.D.N.Y.)*

Dear Judge Azrack:

    Plaintiff State Farm submits this letter to advise the Court that it has reached tentative agreements to resolve this case with the remaining defendant and a relevant non-party. This agreement is subject to the approval and execution of settlement agreements. It is anticipated that these matters will be addressed shortly.

    At that time, State Farm will submit a filing to the Court indicating the resolution of this matter.

Respectfully submitted,

WHITE AND WILLIAMS LLP

By:_____
Jay Shapiro

JS:jf